AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate


CLERK'S OFFICE
A TRUE COPY
Apr 04, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Saliva containing epithelial cells by buccal swab of ) Case No. 25-M-345 (SCD)
Morrell D. Johnson (DOB XX/XX/1991), WI DOC )
#00682071 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Eastern    District of    Wisconsin   
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachmetn B.

**YOU ARE COMMANDED** to execute this warrant on or before    4-18-25    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Honorable Stephen C. Dries   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  4-4-25. 10:05 am     *Stephen C. Dries*
                                              *Judge's signature*

City and state:  Milwaukee, WI    Honorable Stephen C. Dries, U.S. Magistrate Judge
                                   *Printed name and title*

| **Return** |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____<br><br>_____<br>*Executing officer's signature*<br><br>_____<br>*Printed name and title* |

# ATTACHMENT A

*Person to be searched*

The person to be searched is Morrell D. JOHNSON (DOB: XX-XX-1991, Wisconsin Department of Corrections Number 00682071).

# ATTACHMENT B

## *Property to be seized*

The property to be seized is saliva containing epithelial cells by buccal swab.



CLERK'S OFFICE
A TRUE COPY
Apr 04, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
) Case No. 25-M-345 (SCD)
Saliva containing epithelial cells by buccal swab of Morrell D. Johnson (DOB XX/XX/1991), WI DOC #00682071 )
)
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____Eastern_____ District of _____Wisconsin_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) & 924(a)(8) | Possession of a firearm after previously having been convicted of a crime punishable by imprisonment for a term exceeding one year |

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Gary P. Schneider, Detective
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means)*.

Date: 4-4-25

_____
Judge's signature

City and state: Milwaukee, WI     Honorable Stephen C. Dries, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR SEARCH WARRANT

I, Gary Schneider, being first duly sworn, hereby depose and state as follows:

## I. <u>INTRODUCTION AND AGENT BACKGROUND</u>

1. I make this affidavit in support of applications under Rule 41 of the Federal Rules of Criminal Procedure for search warrants to collect an oral swab or swabs of deoxyribonucleic acid (DNA) from saliva containing epithelial cells from the following individual, who is presently located in the Eastern District of Wisconsin:

**A. Morrell D. JOHNSON (DOB: XX-XX-1990, Wisconsin Department of Corrections Number 00682071)**

2. I am a Detective with the City of Oak Creek Police Department and have been a sworn law enforcement officer for 28 years. I am currently assigned to the Federal Bureau of Investigation (FBI) Human Trafficking Task Force as of June 22, 2022.

3. As part of my duties as an FBI Task Force Officer (TFO), I investigate criminal violations relating to human trafficking offenses, including criminal violations of the federal sex trafficking laws, including, but not limited to Title 18, United States Code, Sections 159, 1591, 2421, and federal firearms offenses, including violations of Title 21, United States Code, Sections 922(g), 924(a). In the course of my experience, I have and continue to be involved in investigations of criminal offenses and have assisted with search warrants for items related to human trafficking, firearms offenses, drug trafficking, thefts, counterfeit crimes, forgeries, including cellular telephones and other electronic telecommunication devices.

4. I have had formal training in the investigation of human trafficking, drug trafficking and firearm offenses. I have participated in the execution of numerous search warrants in which

1

evidence of human trafficking as well as, controlled substances, firearms, and drug paraphernalia were recovered.

5. In the course of my experience, I have and continue to be involved in investigations where deoxyribonucleic acid (DNA) analysis provided evidence of crimes and of a particular person's participation in a crime, including the packaging and manufacturing of drugs, the control of or nexus to drug premises, and the possession of firearms, ammunition, and firearms accessories.

6. Through my training and experience, I know that analysts from the FBI crime lab can extract DNA from biological substances left at crime scenes, like from firearms. I know that based upon testing these biological substances the crime lab analyst can draw conclusions to a reasonable degree of scientific certainty that a particular individual may be the source of DNA found on items found at a crime scene. I know that epithelial cells contain DNA and that epithelial cells are present in the lining of the mouth.

7. This affidavit is based upon my personal knowledge and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

8. Because this affidavit is submitted for the limited purpose of securing search warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only facts that I believe are sufficient to establish probable cause.

## II.  PROBABLE CAUSE

9. On May 5, 2022, the Racine Police Department responded to a shots fired complaint where multiple houses and vehicles were damaged in a shooting. Investigators and crime scene technicians from the Racine Police Department collected spent firearms cartridges from the scene

and subsequently entered them into the National Integrated Ballistic Information Network (NIBIN) system.

10. On October 14, 2022, case agents from the FBI Safe Streets Task Force assisted the Waukegan Police Department (from Waukegan, Illinois) in arresting a homicide suspect, in relation to a shooting offense that resulted in the death of the victim. The subject wanted in the homicide was located at 8559 North Granville Road, Apartment 207, Milwaukee, Wisconsin. One of the occupants in the apartment was Morrell JOHNSON (DOB XX/XX/1991). A female occupant in the apartment was the mother of Morrell JOHNSON's daughter. Further investigation revealed that Morrell JOHNSON gave the Granville Road address to his probation officer as his residence.

11. Law enforcement obtained a state search warrant for 8559 North Granville Road, Apartment 207, Milwaukee, Wisconsin, authorized by Judge Gwendolyn Connolly in Milwaukee County Circuit Court. The warrant authorized the search for evidence of the homicide.

12. On October 14, 2022, law enforcement searched 8559 North Granville Road, Apartment 207, Milwaukee, Wisconsin and located a Glock 43, 9 mm, bearing serial number AGDZ387 and a Glock 26, Gen 5, bearing serial number AFSE305 in a safe on the upper shelf of the closet in JOHNSON's bedroom. Both firearms were test fired by law enforcement for NIBIN submissions. The cartridges fired from the Glock 26 Gen 5 serial number AFSE305 showed correlation to the cartridges that were recovered during the May 5, 2022, shots fired investigation in Racine, Wisconsin.

13. Case agents were also aware that JOHNSON is a convicted felon in relation to Kenosha County Case 2018CF651, manufacture/deliver heroin. Based on review of law

enforcement databases and discussions with Wisconsin Department of Corrections, case agents are also aware that JOHNSON was placed on extended supervision, starting on April 29, 2019.

14. Case agents are also aware that firearms are not manufactured in Wisconsin, and therefore, in order for the Glock 43, 9 mm, bearing serial number AGDZ387 and the Glock 26, Gen 5, bearing serial number AFSE305 to be seized at 8559 North Granville Road, Apartment 207, Milwaukee, Wisconsin on October 14, 2022, the firearm would have had to travel through interstate commerce.

15. On March 11, 2025, a Grand Jury returned an indictment for JOHNSON for numerous charges including Possession of a Firearm by a Prohibited Person in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and Possession of Ammunition by a Prohibited Person in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

16. The firearms were swabbed for DNA by case agents on February 25, 2025. The six swabs taken from the firearms and are currently in evidence at FBI Milwaukee under inventory number 50D-MW-3788622 1B11, 1B12, 1B13, 1B14. The collected swabs will thereafter be submitted to the FBI crime laboratory for further examination. I am aware that a standard DNA sample from JOHNSON will be needed by the laboratory for comparison and/or confirmatory purposes.

17. Based on my training and experience, I know that a sample of saliva containing epithelial cells may be found in and on a person. Swabbing the inside of a subject's mouth or cheek with a sterile cotton swab and preserving the saliva and cells obtained as a result is a reliable method for collecting a DNA sample. This process is called taking a "buccal swab" or "buccal smear." A case agent trained in how to collect a DNA sample and prevent contamination of the

4

resulting evidence will conduct this search using sterile swabbing kit(s) for use in collection and preservation.

18. FBI Crime Laboratory (or another laboratory designated by the FBI) in processing, analyzing, and scientifically testing the saliva samples to obtain a known DNA profile or profiles and to compare those known DNA profiles with the DNA profiles obtained from the evidence recovered during this investigation.

19. I know JOHNSON is currently in custody the Milwaukee Secure Detention Facility in Milwaukee, Wisconsin.

20. I have reason to believe that saliva samples containing epithelial cells taken from JOHNSON, together with test results comparing the DNA profiles extracted from such samples with any and all human DNA profiles extracted from the aforementioned firearms, will be probative of JOHNSON's possession of the firearms.

### III. CONCLUSION

21. Based on the information above, I submit that there is probable cause to believe that by taking oral swabs of the mouth of JOHNSON, there may now be found DNA that is evidence of the knowing possession of a firearm after previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8). Therefore, I request that this Court issue a search warrant to obtain samples of Morell D. JOHNSON'S DNA from saliva containing epithelial cells for subsequent testing and examination.

5

# ATTACHMENT A

*Person to be searched*

The person to be searched is Morrell D. JOHNSON (DOB: XX-XX-1991, Wisconsin Department of Corrections Number 00682071).

6

## **ATTACHMENT B**

### *Property to be seized*

The property to be seized is saliva containing epithelial cells by buccal swab.

7